# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF CONNECTICUT

| | |
|---|---|
| KID SHELLEEN LLC d/b/a THE PAUL TUDOR JONES II FAMILY OFFICE,<br><br>Plaintiff,<br><br>v.<br><br>FORTESCUE FUTURE INDUSTRIES PTY LTD d/b/a FORTESCUE FUTURE INDUSTRIES NORTH AMERICA and USA FORTESCUE FUTURE INDUSTRIES, INC.,<br><br>Defendants. | Civil No. 3:23-cv-01311(OAW)<br><br><br><br><br>AUGUST 1, 2025 |

## **JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

IT IS HEREBY STIPULATED AND AGREED by and between the parties, Plaintiff Kid Shelleen LLC and Defendants Fortescue Future Industries Pty Ltd. d/b/a Fortescue Future Industries North America and USA Fortescue Future Industries, Inc. (collectively the "Parties"), pursuant to Fed. R. Civ. P. 41(a)(1) and Local R. Civ. P. 41(b), and through their respective counsel, that the above-captioned action has been settled and the Parties hereby stipulate to its dismissal with prejudice, including dismissal with prejudice of all claims and causes of actions asserted by Plaintiff in this action, with each party to pay its own attorney's fees and costs.

The Parties further request that a judgment of dismissal with prejudice be entered in the above-captioned action pursuant to the foregoing Joint Stipulation of Dismissal with Prejudice.

{N6083443}

THE PLAINTIFF
KID SHELLEEN LLC

By:    /s/*David T. Grudberg*
       David T. Grudberg (CT01186)
       dgrudberg@carmodylaw.com
       Carmody Torrance Sandak & Hennessey, LLP
       195 Church Street
       P.O. Box 1950
       New Haven, CT 06509
       Telephone: (203) 777-5501
       Fax: (203) 784-3199

       Lesley Frieder Wolf (phv207760)
       wolfl@ballardspahr.com
       Ballard Spahr LLP
       1735 Market Street, 51st Floor
       Philadelphia, PA 19103-7599
       Telephone: (215) 665-8500
       Fax: (215) 864-8999

       James V. Masella, III (phv207582)
       masellaj@ballardspahr.com
       1675 Broadway Ave, 19th Fl.
       New York, NY 10019
       Telephone: (646) 346-8024
       Fax: (212) 223-1942

*Counsel for Kid Shelleen LLC*


THE DEFENDANTS,
FORTESCUE FUTURE INDUSTRIES PTY LTD d/b/a
FORTESCUE FUTURE INDUSTRIES NORTH AMERICA
USA FORTESCUE FUTURE INDUSTRIES, INC.

By: /s/ *James T. Shearin*
       James T. (Tim) Shearin (ct01326)
       PULLMAN & COMEY LLC
       850 Main Street
       P.O. Box 7006
       Bridgeport, CT 06601
       Telephone: (203) 330-2240
       Facsimile: (203) 576-8888
       Email: jtshearin@pullcom.com

-and-

Karl Stern (phv208021)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
700 Louisiana St., Suite 3900
Houston, TX 77002
Telephone: (713) 221-7000
Facsimile: (713) 221-7100
Email: karlstern@quinnemanuel.com

-and-

Elinor C. Sutton (phv207624)
Anil R. Makhijani (phv207633)
QUINN EMANUEL URQUHART & SULLIVAN, LLP
295 Fifth Ave, 9th Floor
New York, New York 10016
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email: elinorsutton@quinnemanuel.com
Email: anilmakhijani@quinnemanuel.com

*Counsel for USA Fortescue Future Industries, Inc. and Fortescue Future Industries Pty Ltd*

{N6083443}                              3

## **CERTIFICATE OF SERVICE**

I hereby certify that, on August 1, 2025 a copy of the foregoing Joint Stipulation of Dismissal with Prejudice was filed electronically and served by mail on anyone unable to accept electronic filing.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system or by mail to anyone unable to accept electronic filing.  Parties may access this filing through the Court's system.

                                             /s/ *David T. Grudberg*
                                             David T. Grudberg, Esq.

{N6083443}